UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARL JACKSON,

        Plaintiff,

vs.                                             Case No. 8:04-CV-1648-T-27MSS

CHRISTOPHER KNIGHT, et al.,

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant Bennie Holder's Motion to Enjoin Plaintiff from Direct Personal or Telephonic Communication with Counsel for Defendant Holder and His Office Staff (Dkt. 154) be denied without prejudice (Dkt. 162). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1) The Report and Recommendation (Dkt. 162) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendant Bennie Holder's Motion to Enjoin Plaintiff from Direct Personal or Telephonic Communication with Counsel for Defendant Holder and His Office Staff (Dkt. 154) is **DENIED**.

**DONE AND ORDERED** in chambers this 3rd day of October 2006.

                                                           JAMES D. WHITTEMORE
                                                           United States District Judge

Copies to:
*Pro se* Plaintiff and Counsel of Record